IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01123-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1, 3-12, 14-16, 18,

      Defendants.

---

## ORDER OF DISMISSAL

      In accordance with the Notice of Dismissal of Case filed on August 26, 2013

(ECF No. 17) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

      ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** as to the

remaining Defendants.

      Dated:  August 26, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge